LOOMIS, Appellant, v. LAKE SHORE & M. S. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by Elsie Loomis, as adminis-

tratrix, etc., against the Lake Shore & Michigan Southern Railway Company. No opinion. Judgment affirmed, with costs.